FILED
United States Court of Appeals
Tenth Circuit

December 6, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LANCE JAMES TALBOT,

    Defendant - Appellant.

No. 23-8025
(D.C. No. 2:22-CR-00116-SWS-1)
(D. Wyo.)

_____

**ORDER**
_____

Before **MORITZ**, **BALDOCK**, and **MURPHY**, Circuit Judges.
_____

    The Supreme Court of the United States entered a judgment on December 6, 2024, reversing the judgment of this court and remanding the cause for further proceedings.

    Upon further consideration, the mandate issued to the United States District Court for the District of Wyoming on May 29, 2024, is recalled effective immediately and the judgment of this court filed May 7, 2024 is vacated.

    Counsel will be notified if this court desires further briefing prior to disposition of this appeal upon remand.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk